IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AARON MANUEL JOSEPH, | : |
| Petitioner, | : |
| v. | : Case No. 5:93-CR-22 (HL) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 306) on Petitioner's Motion to Modify Term of Imprisonment (Doc. 293) and Motion to Appoint Counsel (Doc. 299). The R&R recommends that these Motions be denied. Petitioner has filed a timely Objection (Doc. 309). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 15th day of December, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

1